## Scott Randolph

| | |
|---|---|
| **From:** | Scott Randolph |
| **Sent:** | Thursday, April 12, 2012 10:34 AM |
| **To:** | 'martin@hollandlawoffices.net'; 'Alicia Gutierrez' |
| **Cc:** | Sue Turner; Brad Berge; Erik Stidham |
| **Subject:** | RE: Discovery response format |

Please send the additional documents by disc and responses in hard copy.  We would appreciate a courtesy copy of both by e-mail if the file size works for e-mailing.  ==Please note the production format we have requested and let us know if you have any questions.  One specific item is that attachments must be produced with the e-mail messages so that we can review them together.==

---

**From:** Marty Holland [mailto:martin@hollandlawoffices.net]
**Sent:** Thursday, April 12, 2012 9:47 AM
**To:** Erik Stidham; Brad Berge; Sue Turner; Scott Randolph
**Cc:** 'Alicia Gutierrez'
**Subject:** Discovery response format

Erik

   We have the discovery responses ready to send out except for the verification which we hope to get signed today.  We will send you hard copies of the responses and the additional documents to supplement the documents on the disc that was sent Monday.  We also wanted confirmation of how you want us to get you the new information.  We will send you hard copies of the responses as you requested.  Do you also want us to send you the responses (and the additional documents) by e-mail so that you also have them electronically?  Let me know.


**Martin K. Holland, Esq.**



Holland Law P.C.
PO Box 90446
Albuquerque, NM 87199
(505) 857-0954
Martin@HollandLawOffices.net


CONFIDENTIALITY STATEMENT

This electronic message transmission contains information from the law firm of Holland Law, P.C. and is confidential or privileged.  The information is intended to be
distribution or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (505-857-

Martin Holland (Martin@Holla...
Holland Law P.C.
Attorney
(505) 857-0954 Work
(505) 463-6076 Mobile
Martin@HollandLawOffices.net
P.O. Box 90446
Albuquerque, New Mexico  87199
http://www.HollandLawOffices.net

**From:** Marty Holland [mailto:martin@hollandlawoffices.net]
**Sent:** Thursday, April 12, 2012 8:18 AM
**To:** 'Erik Stidham'; 'Brad Berge'; 'Sue Turner'; 'Scott Randolph'